# MEMO ENDORSED

## RAS

### ROBERTSON, ANSCHUTZ, SCHNEID,
### CRANE & PARTNERS, PLLC
### L A W   O F F I C E S

**Sara Z. Boriskin, Esquire**
Managing Partner, New York Office

900 Merchants Concourse
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 515.280.7674
www.raslegalgroup.com

**James Robertson, Esquire**
(1943 – 2019)
**Everett Anschutz, Esquire**
(1942 - 2025)
**David J. Schneid, Esquire**
Member of Florida Bar
**John T. Crane, Esquire**
Member of Texas Bar

VIA CM/ECF

November 26, 2025

Honorable Jessica G. L. Clarke
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:    PHH Mortgage Corporation v. Ann Marie Hunter a/k/a Ann M. Hunter, et al.
    Case #: 7:25-cv-07306-JGLC
    Our File Number: 25-305541

Dear Judge Clarke:

Please be reminded that this office represents the Plaintiff in the above-referenced foreclosure action.

Pursuant to Your Honor's Notice of Initial Pretrial Conference, an initial conference has been scheduled for December 3, 2025. Plaintiff is unable to complete the proposed Civil Case Management Plan and Scheduling Order. The main reason that the form is not completed is because the defendant Ann Marie Hunter is in default in answering and therefore there is no need for discovery at the present time.

Another reason why the form would not be completed at this particular time is because the parties are currently engaged in loss mitigation. Plaintiff offered Ms. Hunter a trial payment plan, whereby the defendant is to make three (3) monthly mortgage payments-- November 1, December 1, 2025 and January 1, 2026. According to my client, Ms. Hunter is now due for the third monthly mortgage payment.

Should the defendant timely make that third monthly payment, then, assuming title is clear, the defendant will be eligible for a permanent modification, which will settle the subject action. We will keep the court apprised of all developments.

In the meantime, I leave it up to Your Honor whether the court would like to proceed with the initial conference or wait to see whether the third payment is made and the case is settled.

Thank you for your courtesies and cooperation herein.

Respectfully submitted,

Eric Sheidlower, Esq.

TO:

ANN MARIE HUNTER A/K/A ANN M. HUNTER
100 DAISY FARMS DRIVE
NEW ROCHELLE, NY 10804


TD BANK USA, N.A.
2035 LIMESTONE ROAD
WILMINGTON, DE 19808


TD BANK USA, N.A.
620 RT 25A
MOUNT SINAI, NY 11766


In lieu of filing any default judgment motion by December 19, 2025, and in light of the potential resolution of this matter, Plaintiff's counsel is directed to file a status update by January 5, 2026. If the case is not resolved by then, the Court will direct Plaintiff to file a default judgment motion. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge


Dated: December 1, 2025
        New York, New York